FILED

04/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0060(c)

IN THE MATTERS OF:

K.N.C, K.L.C., and K.M.C.,

    Youths in Need of Care.

# ORDER

    Upon consideration of Counsel's motion to withdraw as counsel of record, and good cause appearing therefore,

    IT IS HEREBY ORDERED that Appellant Father in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender Office.

    IT IS FURTHER ORDERED that the Clerk of Court give notice of this Order by mail to all counsel of record and to the Appellant at his last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 27 2023